## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEBRA STEPHENS, on behalf of herself and those similarly situated,<br><br>        Plaintiff,<br><br>    -vs-<br><br>ALMA BANK, a Banking Institution; ADAMS CONSULTING GROUP, LLC, a New York Domestic Limited Liability Company; and ARC FINANCIAL SOLUTIONS, LLC, a New Jersey Domestic Limited Liability Company, d/b/a ARC RISK AND COMPLIANCE,<br><br>        Defendants. | Civil No.: 2:18-cv-08754 (CCC)(SCM) |

## NOTICE OF JOINT MOTION FOR APPROVAL OF THE PARTIES' SETTLEMENT AGREEMENT

PLEASE TAKE NOTICE that Adams Consulting Group, LLC, with the consent of Codefendants Alma Bank and ARC Financial Solutions, LLC (collectively, the "Defendants") and the consent of Plaintiff Debra Stephens ("Plaintiff") (together, the "Parties") through their undersigned attorneys, moves this court on August 13, 2019, for approval of the Parties' settlement agreement;

PLEASE TAKE FURTHER NOTICE that in support of this motion the Parties will rely upon the enclosed Declaration of Counsel, Memorandum of Law, and Proposed Order.

        Respectfully submitted,

        **LEWIS BRISBOIS BISGAARD & SMITH LLP**

        By:   s/ Bradley J. Bartolomeo
        Bradley J. Bartolomeo
        *Attorneys for Defendant*
        *Adams Consulting Group, LLC*
        One Riverfront Plaza, Suite 800
        Newark, New Jersey 07102
        (973) 577-6260
        bradley.bartolomeo@lewisbrisbois.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of August, 2019, a copy of the foregoing was filed and served electronically via CM/ECF system to all counsel of record.

                                                               s/ Bradley J. Bartolomeo
                                                                   Bradley J. Bartolomeo