UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEBRA STEPHENS, on behalf of herself and those similarly situated,<br><br>                                   Plaintiff,<br><br>-vs-<br><br>ALMA BANK, a Banking Institution; ADAMS CONSULTING GROUP, LLC, a New York Domestic Limited Liability Company; and ARC FINANCIAL SOLUTIONS, LLC, a New Jersey Domestic Limited Liability Company, d/b/a ARC RISK AND COMPLIANCE,<br><br>                                  Defendants. | Civil No.: 2:18-cv-08754 ~~(CCC)~~(SCM)<br><br>[D.E. 52] |

## ORDER GRANTING JOINT MOTION FOR APPROVAL OF THE PARTIES' SETTLEMENT AGREEMENT

This matter comes before the Court upon the Joint Motion of Defendants Alma Bank, Adams Consulting Group, LLC and Arc Financial Solutions, LLC d/b/a ARC Risk and Compliance (collectively, the "Defendants") and Plaintiff Debra Stephens (together, the "Parties"), to approve the Parties' settlement.

IT IS on this __30th__ day of __Aug__, 2019,

ORDERED that the Joint Motion for Approval of the Parties' Settlement Agreement is GRANTED as to all of the terms of the Agreement.

SO ORDERED.

                                                        HON. _Steve C. Mannion_, U.S.M.J.